1   Jon F. Hamilton, SBN #232559
    FERGUSON, PRAET & SHERMAN
2   A Professional Corporation
    1631 East 18th Street
3   Santa Ana, California 92701
    PHONE (714) 953-5300
4   FAX (714) 953-1143
    email: jhamilton@law4cops.com
5
    Attorneys for Defendant City of El Monte
6

7

8                    UNITED STATES DISTRICT COURT

9                   CENTRAL DISTRICT OF CALIFORNIA

10  MICHAEL PROVIDENTE,            )   No. CV09-3327 PSG (JWJx)
                                   )
11              Plaintiff,         )
                                   )
12       vs.                       )   **[PROPOSED] ORDER RE
                                   )   DEFENDANT, CITY OF EL
13  CITY OF EL MONTE, et al.       )   MONTE'S MOTION TO
                                   )   DISMISS PLAINTIFF'S
14              Defendants.        )   COMPLAINT**
                                   )
15  ————————————————————————————   )

16       The Motion to Dismiss  was heard on July 27, 2009, by the Honorable Philip

17  S. Gutierrez.  The issues having been duly considered and a decision having been duly

18  rendered,

19       IT IS HEREBY ORDERED AND ADJUDGED:

20       1.     That Plaintiff's claim under the Seventh Cause of Action - Violation of

21              Violation of the Americans with Disabilities Act 42 U.S.C. § 12101 fails

22              against the City of El Monte in that such claim is barred by the statute of

23              limitations.  Accordingly, the Seventh Cause of Action is dismissed with

24              prejudice against the City of El Monte.

25  / / /

26  / / /

27  / / /

28  / / /

_____
[Proposed] Order re Motion to Dismiss                    No.  CV 09-3327 PSG (JWJx)

2.      That Plaintiff's claim under the Eighth Cause of Action - Violation of the Civil Rights Act 42 U.S.C. § 1982 (Freedom of Speech) fails for the same reasons that the Seventh Cause of Action fails against the City of El Monte in that such claim is barred by the statute of limitations. Accordingly, the Eighth Cause of Action is dismissed with prejudice against the City of El Monte.

3.      The Plaintiff's claims under the remaining state causes of action are hereby dismissed with prejudice against the City of El Monte as the Court hereby declines to exercise supplemental jurisdiction over these remaining state causes of action.

Dated: _____, 2009           _____
                                             Honorable Philip S. Gutierrez
                                             United States District Judge

1

**PROOF OF SERVICE**

2

STATE OF CALIFORNIA, COUNTY OF ORANGE

3
4

     I, Michele Koller, employed in the aforesaid County, State of California; I am over the age of 18 years and not a party to the within action.  My business address is 1631 East 18th Street, Santa Ana, California  92705-7101.

5
6

     On June 30, 2009, served the **[PROPOSED] ORDER RE DEFENDANT, CITY OF EL MONTE'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT** on the interested parties in this action by placing a true copy thereof, enclosed in a sealed envelope, addressed as follows:

7

**Rana M. Kawar**

8

**LACKIE, DAMMEIER & McGILL, APC**
**367 North Second Avenue**

9

**Upland, California 91786**
**Phone 909-985-4003**

10

**Fax 909-985-3299**
**Email rkawar@bjslawfirm.com**

11

____ (By Mail)  I placed such envelope for deposit in accordance with office practice, sealed, with postage thereon fully paid and the correspondence to be deposited in the United States mail at Santa Ana, California on the same day.

12

13
14

XXX (By e-filing) The above noted individuals are registered with the Court to receive notice of electronically filed documents. Per ECF rules, hard copies must be served only on parties who are not set up for electronic notification.

15
16

____ (By Personal Service) I caused such envelope to be delivered by hand to the office of the addressee.

17

____ (State) I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

18
19

XXX (Federal)  I declare under penalty of perjury that the foregoing is true and correct, and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

20

Executed on June 30, 2009, at Santa Ana, California.

21

22

       /s/ Michele Koller

23

      Michele Koller

24

25

26

27

28