Dieter C. Dammeier      SBN 188759
Michael A. McGill, Esq.  SBN 231613
Carolina Veronica Diaz   SBN 263301
LACKIE, DAMMEIER & MCGILL APC
367 North Second Avenue
Upland, California 91786
Telephone:   (909) 985-4003
Facsimile:   (909) 985-3299

Attorneys for Plaintiff
MICHAEL PROVIDENTE

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA - EL MONTE

| | |
|---|---|
| MICHAEL PROVIDENTE,<br><br>                    Plaintiff,<br><br>             vs.<br><br>CITY OF EL MONTE, A Public Entity; KEN WELDON, individually and in his capacity as Chief of Police; TOM ARMSTRONG, individually and in his capacity as the Assistant Chief of Police; STEVE SCHUSTER, individually and in his capacity as a Police Captain; CRAIG SPERRY, individually and in his capacity as a Police Captain; SANTOS HERNANDEZ, individually and in his capacity as a Police Lieutenant; MARTY PENNEY, individually and in his capacity as a Police Lieutenant; Lieutenant ROBERT ROACH, , individually and in his capacity as a Police Lieutenant and DOES 1 THROUGH 10 INCLUSIVE;<br><br>                    Defendants | CASE NO.: CV09-3327 DMG (JCx)<br><br>**PLAINTIFF'S OPPOSITION TO THE CITY OF EL MONTE'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT PURSUANT TO FED.R.CIV.P 4(m) & 12(b)(6)**<br><br>DATE: JUNE 28, 2010<br>TIME: 9:30 A.M.<br>CRTRM: 7<br>JUDGE: DOLLY M. GEE<br><br>*Filed Concurrently with Declaration of Carolina Veronica Diaz, Esq.* |

# MEMORANDUM OF POINTS AND AUTHORITIES

## I.     INTRODUCTION

Defendants bring this motion to dismiss based on Federal Rule 12(b)(5) and FRCP 4(m)- asking the Court to dismiss the individual Defendants because they were not served within 120 days from the date of filing the Complaint (May 11, 2009; Amended Complaint filed September 3, 2009).   Plaintiffs concede their mistake in not serving the individual Defendants. However, because the Plaintiffs counsel were misled to believe that all Defendants had all been served, and because the attorney handling the case left the firm, Plaintiffs did not serve Defendants with the Complaint within 120 days from the filing of the Complaint. Thereafter, Plaintiff filed a Complaint for Damages against the individual Defendants on March 25, 2010 (Case No. CV 10-02200 DMG (RZx)).

Plaintiff has filed and served a new Complaint on all of the individual Defendants. The claims are related to the instant case and therefore should be joined. Moreover, even if the Court dismisses the individual Defendants for the instant case, it is possible that those individual Defendants may  be joined as part of this case because they were lawfully served with the Complaint and the statute of limitations has not run on the claims against them. Furthermore, Defendants have not shown any prejudice whatsoever from the filing of the Complaint on the individual Defendants nor any prejudice from Plaintiffs failure to serve Defendants within the 120 days in the instant matter. Therefore, the Court should deny the Defendants Motion to Dismiss.

///

///

///

## II.   LEGAL ARGUMENT

**A.   <u>The Individual Defendants Were Served With A Complaint on 3/30/2010</u>**

A Rule 12(b)(5) motion permits a challenge to the method of service attempted by Plaintiff. *Olson v. Federal Election Comm'n* (D DC 2009) 256 FRD, 8, 9 fn. 3. If a Rule 12(b)(5) motion is granted, the Court may either dismiss the action or retain the action and simply quash the service. *Montalbano v. Easco Hand Tools, Inc.* (2nd Cir. 1985) 766 F2d 737, 740.  Generally, if it appears that effective service can be made and there has been no prejudice to the defendants, the court will quash service rather than dismiss the action. *Hills v. Sands* (ND IL 1975) 403 F.Supp. 1268, 1370.

The problem for Defendants is that all of the individual Defendants have been served with the (new) Complaint [See "Exhibit A" attached to the Declaration of Carolina Veronica Diaz]. Plaintiff filed and served the individual Defendants in a separate case – but Defendants cite to no rule or legal authority that prohibits Plaintiff from doing so. In fact, Defendants have offered no prejudice whatsoever in the delay of the service of the Complaint to the individual Defendants in the instant case; and Defendants offer no prejudice for the Plaintiffs filing and serving the (new) Complaint on the individual Defendants.

Therefore, Plaintiff respectfully requests that the Court to deny Defendants Motion to Dismiss. However, should the Court deem it necessary that the Plaintiffs serve the individual Defendants with the original Complaint—the Plaintiff respectfully requests to extend the time for service.

///

///

3

**B.**     **The Court Should Grant Plaintiffs an Extension of Time to Serve the**
           **Individual Defendants with the Original Complaint**

Pursuant to Fed.Rules.Civ. P 4(m), service must be made upon a defendant within 120 days of filing of the complaint. Otherwise, the court has authority to dismiss the action as to that defendant. Absent exceptional circumstances, dismissals for improper service are without prejudice to re-filing the case. *Saez Rivera v. Nissan Mfg.Co.* (1st Cir. 1986) 788 F2d 819. 821. The purpose of Rule 4(m) is to assure that defendant will be promptly notified of the lawsuit, thereby preventing possible prejudice resulting from delay. See *Electrical Specialty Co. v. Road & Ranch Supply, Inc.* (9th Cir. 1992) 967 F2d 309.

The individual Defendants were served with the (new) Complaint on March 30, 2010 [Diaz Dec, ¶4]. They have already been apprised and notified of the lawsuit—therefore, Plaintiff has satisfied the purpose of Rule 4(m). Furthermore, good cause exists to grant Plaintiff more time for service (if the Court should deem necessary) since Plaintiffs were incorrectly led to believe that the individual Defendants had been served [Diaz Dec, ¶3]. Moreover, the attorney in charge of handling this case left in or around March, 2010 [Diaz Dec, ¶2]. Thereafter, the attorneys handling the case discovered the delay in service. A new and separate Complaint was served and filed on the individual Defendants in March 2010[Diaz Dec,¶3]. While the delay in service did inadvertently occur (for the original Complaint), good cause exists to extend the time for service (if the Court should deem necessary).

If plaintiff shows good cause for the failure to effect timely service, "the court must extend the time for service for an appropriate period." *FRCP 4(m)*. Thus, if "good cause" for the delay is shown, the court *must* extend the time for service. But if unable to show "good cause," plaintiff must throw himself or herself on the mercy of the court: i.e., the court must *either* dismiss the action or give

plaintiff more time ("direct that service be effected within a specified time"). [*Henderson v. United States* (1996) 517 US 654, 662–663, 116 S.Ct. 1638, 1643–1644; *United States v. McLaughlin* (7th Cir. 2006) 470 F3d 698, 700. Moreover, it "cannot be an abuse of discretion" to extend the time for service even *after expiration* of the 120–day period. *United States v. McLaughlin,* supra, 470 F3d at 701; *Mann v. American Airlines* (9th Cir. 2003) 324 F3d 1088, 1090.

Should the Court should deem it necessary for the Plaintiffs to serve the individual Defendants with the original Complaint, the Court should extend the time for service because Plaintiffs have shown good cause. Even if the Court deems that Plaintiff does not have good cause—the Court should still grant an extension of time to serve the Complaint—even if the extension for service is after the 120-day period.

### III.   CONCLUSION

Plaintiff respectfully requests that the Court deem service on the individual Defendants has been effected via service to the Defendants on March 30, 2010 with the new Complaint. However, should the Court deem it necessary that the Plaintiffs serve the individual Defendants with the original Complaint—the Plaintiff respectfully requests to extend the time for service.


Dated: June 7, 2010                    Respectfully Submitted,

                                       LACKIE, DAMMEIER & MCGILL APC

                          By:          _____
                                       Michael A. McGill, Esq.
                                       Carolina Veronica Diaz, Esq.
                                       *Attorneys For Plaintiff, Michael Providente*

1  Michael A. McGill, Esq. SBN 231613
   Carolina Veronica Diaz   SBN 263301
2  LACKIE, DAMMEIER & MCGILL APC
3  367 North Second Avenue
   Upland, California 91786
4  Telephone:  (909) 985-4003
   Facsimile:  (909) 985-3299
5
6  Attorneys for Plaintiff
   MICHAEL PROVIDENTE

7

8              UNITED STATES DISTRICT COURT
9        CENTRAL DISTRICT OF CALIFORNIA - EL MONTE

10 MICHAEL PROVIDENTE,              | CASE NO.: CV09-3327 DMG (JCx)

11                 Plaintiff,

12           vs.                    | **DECLARATION OF CAROLINA**
                                    | **VERONICA DIAZ, ESQ.**
13 CITY OF EL MONTE, A Public
   Entity; KEN WELDON, individually | *Filed Concurrently with Plaintiffs*
14 and in his capacity as Chief of  | *Opposition to the City of El Monte's Motion*
   Police; TOM ARMSTRONG,           | *to Dismiss Plaintiffs Complaint Pursuant to*
15 individually and in his capacity as | *Fed.R.Civ.P 4(m) & 12(b)(6)*
   the Assistant Chief of Police;
16 STEVE SCHUSTER, individually
   and in his capacity as a Police
17 Captain; CRAIG SPERRY,
   individually and in his capacity as a
18 Police Captain; SANTOS
   HERNANDEZ, individually and in
19 his capacity as a Police Lieutenant;
   MARTY PENNEY, individually and
20 in his capacity as a Police
   Lieutenant; Lieutenant ROBERT
21 ROACH, , individually and in his
   capacity as a Police Lieutenant and
22 DOES 1 THROUGH 10
   INCLUSIVE;
23
                  Defendants
24

25

26

27 ///

28 ///

                    DECLARATION OF CAROLINA VERONICA DIAZ                    1

I, Carolina Veronica Diaz, declare as follows:

1.     I am an attorney at law, duly authorized to practice before this Court, and an associate at the law firm of Lackie, Dammeier & McGill APC, attorneys for Plaintiff  MICHAEL PROVIDENTE.  I was placed as one of the attorneys to handle this case in or about March 2010.  If called to testify to the matters set forth below, I could and would do so competently.

2.     The attorney in charge of handling the case, Rana Kawar, left the firm in or around March of 2010. Partner, Michael McGill, and myself were placed in charge of the case thereafter.

3.     When I was placed on the case in or around March 2010, Michael McGill informed me that the individual Defendants had not been served. I was not aware of the non-service before I came on to the case in March 2010.

4. Thereafter, we filed a New Complaint against the individual Defendants and effected service on them. Attached hereto as "Exhibit A" are the proofs of service of summons and complaint which show that the individual Defendants were served on March 30, 2010- for the case: CV 10-02200 DMG (RZx).


I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: June 7, 2010

_____
Carolina Veronica Diaz

**EXHIBIT "A"**

Name & Address:
Michael A. McGill, SBN 231613
LACKIE DAMMEIER & MCGILL
367 N Second Avenue
Upland, CA 91786
Phone: (909) 985-4003

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| Michael Providente, | CASE NUMBER |
|---|---|
| PLAINTIFF(S) | CV 10-02200 DMG (RZx) |
| v. | |
| Ken Weldon et al., | **PROOF OF SERVICE**<br>**SUMMONS AND COMPLAINT**<br>(Use separate proof of service for each person/party served) |
| DEFENDANT(S). | |

1.   At the time of service I was at least 18 years of age and not a party to this action and **I served** copies of the (*specify documents*):

☑ summons                  ☐ first amended complaint          ☐ third party complaint
☑ complaint                ☐ second amended complaint         ☐ counter claim
☐ alias summons            ☐ third amended complaint          ☐ cross claim

☑ other: (*specify*): Certificate of Interested Parties, Civil Cover Sheet, Notice of Assignment to US Magistrate, ADR Information

2.   **Person served:**
a.   ☑ Defendant (*name*): Santos Hernandez
b.   ☑ Other (*specify name and title or relationship to the party/business named*):
       Leng Chan, Authorized to Accept Service
c.   ☑ Address where papers were served:
       City Clerks Office, 11333 Valley Blvd., El Monte, CA 91731

3.   **Manner of Service** in compliance with (one box **must** be checked):
a.   ☑ Federal Rules of Civil Procedure
b.   ☐ California Code of Civil Procedure

4.   **I served** the person named in Item 2:
a.   ☑   By **Personal service.** By personally delivering copies. If the person is a minor, by leaving copies with a parent,
          guardian, conservator or similar fiduciary and to the minor if at least twelve (12) years of age.
     1.   ☑   **Papers were served on** (*date*): 03/30/10 _____ at (*time*): 2:55 p.m. _____.
b.   ☐   By **Substituted service.** By leaving copies:
     1.   ☐   **(home)** at the dwelling house, usual place of abode, or usual place of business of the person served in the presence
              of a competent member of the household, at least 18 years of age, who was informed of the general nature of the
              papers.
     2.   ☐   **(business)** or a person apparently in charge of the office of place of business, at least 18 years of age, who was
              informed of the general nature of the papers.
     3.   ☐   **papers were served on** (*date*): _____ at (*time*): _____.
     4.   ☐   **by mailing** (by first-class mail, postage prepaid) copies to the person served in Item 2(b) at the place where the
              copies were left in Item 2(c).
     5.   ☐   **papers were mailed on** (*date*): _____.
     6.   ☐   **due diligence.** I made at least three (3) attempts to personally serve the defendant. **(Attach separate declaration
              regarding due diligence).**
c.   ☐   **Mail and acknowledgment of service.** By mailing (by first-class mail or airmail, postage prepaid) copies to the person
         served, with two (2) copies of the form of Waiver of Service of Summons and Complaint and a return envelope, postage
         prepaid addressed to the sender. **(Attach completed Waiver of Service of Summons and Complaint).**

d. ☐ **Service on domestic corporation, unincorporated association (including partnership), or public entity (F.R.Civ.P. 4(h)) (C.C.P. 416.10)**. By delivering, during usual business hours, a copy of the summons and complaint to an officer, a managing or general agent, or to any other agent authorized by appointment or by law to receive service of process and, if the agent is one authorized by statute and the statute so requires, by also mailing, by first-class mail, postage prepaid, a copy to the defendant.

e. ☐ **Substituted service on domestic corporation, unincorporated association (including partnership), or public entity (C.C.P. 415.20 only)**. By leaving during usual office hours, a copy of the summons and complaint in the office of the person served with the person who apparently was in charge and thereafter by mailing (by first-class mail, postage prepaid) copies to the persons at the place where the copies were left in full compliance with C.C.P. 415.20. Substitute service upon the California Secretary of State requires a court order. **(Attach a copy of the order to this Proof of Service)**.

f. ☐ **Service on a foreign corporation**. In any manner prescribed for individuals by FRCP 4(f).

g. ☐ **Certified or registered mail service**. By mailing to an address outside California (by first-class mail, postage prepaid, requiring a return receipt) copies to the person served. **(Attach signed return receipt or other evidence of actual receipt by the person served)**.

h. ☐ **Other** (specify code section and type of service):

5. Service upon the **United States, and Its Agencies, Corporations or Officers**.

   a. ☐ by delivering a copy of the summons and complaint to the clerical employee designated by the U.S. Attorney authorized to accept service, pursuant to the procedures for the Office of the U.S. Attorney for acceptance of service, or by sending a copy of the summons and complaint by registered or certified mail addressed to the civil process clerk at the U.S. Attorneys Office.

      Name of person served:

      Title of person served:

      Date and time of service: (*date*): _____ at (*time*): _____.

   b. ☐ By sending a copy of the summons and complaint by registered or certified mail to the Attorney General of the United States at Washington, D.C. **(Attach signed return receipt or other evidence of actual receipt by the person served)**.

   c. ☐ By sending a copy of the summons and complaint by registered or certified mail to the officer, agency or corporation **(Attach signed return receipt or other evidence of actual receipt by the person served)**.

6. At the time of service I was at least 18 years of age and not a party to this action.

7. Person serving (name, address and telephone number):

Bruce Morgan, Safari Express - Registration No. 724
33471-C Winston Way
Temecula, CA  92592
951-303-1338

   a. ☑ Fee for service: $ 15.00
   b. ☐ Not a registered California process server
   c. ☐ Exempt from registration B&P 22350(b)
   d. ☑ Registered California process server

8. ☐ I am a California sheriff, marshal, or constable and I certify that the foregoing is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

04/01/10
_____
Date

*Bruce Morgan*
_____
Signature

CM/ECF - California Central District                                    Page 1 of 1

# Service/Waivers of Summons and Complaints :

2:10-cv-02200-DMG-RZ Michael Providente v. Ken Weldon et al
(RZx), DISCOVERY

### UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

**Notice of Electronic Filing**

The following transaction was entered by McGill, Michael on 4/23/2010 at 11:38 AM PDT and filed on 4/23/2010

**Case Name:**      Michael Providente v. Ken Weldon et al
**Case Number:**   2:10-cv-02200-DMG-RZ
**Filer:**              Michael Providente
**Document Number:** 5

**Docket Text:**
**PROOF OF SERVICE Executed by Plaintiff Michael Providente, upon Defendant Santos Hernandez(in his capacity as Police Lieutenant) served on 3/30/2010, answer due 4/20/2010; Santos Hernandez(individually) served on 3/30/2010, answer due 4/20/2010. Service of the Summons and Complaint were executed upon Leng Chan, Authorized to Accept Service in compliance with Federal Rules of Civil Procedure by personal service. Original Summons returned. (McGill, Michael)**

**2:10-cv-02200-DMG-RZ Notice has been electronically mailed to:**

Carolina Veronica Diaz     veronica@policeattorney.com, carolinaveronicadiaz@gmail.com

Dieter C Dammeier    dieter@policeattorney.com

Michael A McGill    mcgill@policeattorney.com

Rana M Kawar    rana@policeattorney.com

**2:10-cv-02200-DMG-RZ Notice has been delivered by First Class U. S. Mail or by fax to: :**

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**C:\fakepath\POS of Summons (Hernandez).PDF
**Electronic document Stamp:**
[STAMP cacdStamp_ID=1020290914 [Date=4/23/2010] [FileNumber=9583914-0]
[093a26416bfca608a14d358f2c4991dbd0c8accb9207d931488bc2553dfb355e6783
15e184d37925d7f73f457df842380724edd958477397c6000a1e47d9927c]]

Name & Address:
Michael A. McGill, SBN 231613
LACKIE DAMMEIER & MCGILL
367 N Second Avenue
Upland, CA 91786
Phone: (909) 985-4003

### UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Michael Providente,<br><br>                                        PLAINTIFF(S)<br>                            v.<br><br>Ken Weldon et al.,<br><br>                                        DEFENDANT(S). | CASE NUMBER<br><br>CV 10-02200 DMG (RZx)<br><br>**PROOF OF SERVICE<br>SUMMONS AND COMPLAINT**<br>(Use separate proof of service for each person/party served) |

1.  At the time of service I was at least 18 years of age and not a party to this action and **I served** copies of the (*specify documents*):

    ☑ summons                  ☐ first amended complaint            ☐ third party complaint
    ☑ complaint                ☐ second amended complaint           ☐ counter claim
    ☐ alias summons            ☐ third amended complaint            ☐ cross claim

    ☑ other: (*specify*): Certificate of Interested Parties, Civil Cover Sheet, Notice of Assignment to US Magistrate, ADR Information

2.  **Person served:**
    a.  ☑ Defendant (*name*): Tom Armstrong
    b.  ☑ Other (*specify name and title or relationship to the party/business named*):
        Leng Chan, Authorized to Accept Service
    c.  ☑ Address where papers were served:
        City Clerks Office, 11333 Valley Blvd., El Monte, CA 91731

3.  **Manner of Service** in compliance with (one box **must** be checked):
    a.  ☑ Federal Rules of Civil Procedure
    b.  ☐ California Code of Civil Procedure

4.  **I served** the person named in Item 2:
    a.  ☑ By **Personal service**. By personally delivering copies. If the person is a minor, by leaving copies with a parent,
        guardian, conservator or similar fiduciary and to the minor if at least twelve (12) years of age.
        1.  ☑ **Papers were served on** (*date*): 03/30/10 _____ at (*time*): 2:55 p.m. _____.
    b.  ☐ By **Substituted service**. By leaving copies:
        1.  ☐ **(home)** at the dwelling house, usual place of abode, or usual place of business of the person served in the presence
            of a competent member of the household, at least 18 years of age, who was informed of the general nature of the
            papers.
        2.  ☐ **(business)** or a person apparently in charge of the office of place of business, at least 18 years of age, who was
            informed of the general nature of the papers.
        3.  ☐ papers were served on (*date*): _____ at (*time*): _____.
        4.  ☐ by mailing (by first-class mail, postage prepaid) copies to the person served in Item 2(b) at the place where the
            copies were left in Item 2(c).
        5.  ☐ papers were mailed on (*date*): _____.
        6.  ☐ **due diligence**. I made at least three (3) attempts to personally serve the defendant. (**Attach separate declaration
            regarding due diligence**).
    c.  ☐ **Mail and acknowledgment of service.** By mailing (by first-class mail or airmail, postage prepaid) copies to the person
        served, with two (2) copies of the form of Waiver of Service of Summons and Complaint and a return envelope, postage
        prepaid addressed to the sender. (**Attach completed Waiver of Service of Summons and Complaint**).

d. ☐ **Service on domestic corporation, unincorporated association (including partnership), or public entity (F.R.Civ.P. 4(h)) (C.C.P. 416.10).** By delivering, during usual business hours, a copy of the summons and complaint to an officer, a managing or general agent, or to any other agent authorized by appointment or by law to receive service of process and, if the agent is one authorized by statute and the statute so requires, by also mailing, by first-class mail, postage prepaid, a copy to the defendant.

e. ☐ **Substituted service on domestic corporation, unincorporated association (including partnership), or public entity (C.C.P. 415.20 only).** By leaving during usual office hours, a copy of the summons and complaint in the office of the person served with the person who apparently was in charge and thereafter by mailing (by first-class mail, postage prepaid) copies to the persons at the place where the copies were left in full compliance with C.C.P. 415.20. Substitute service upon the California Secretary of State requires a court order. **(Attach a copy of the order to this Proof of Service).**

f. ☐ **Service on a foreign corporation.** In any manner prescribed for individuals by FRCP 4(f).

g. ☐ **Certified or registered mail service.** By mailing to an address outside California (by first-class mail, postage prepaid, requiring a return receipt) copies to the person served. **(Attach signed return receipt or other evidence of actual receipt by the person served).**

h. ☐ **Other** (specify code section and type of service):

5. Service upon the **United States, and Its Agencies, Corporations or Officers**.
   a. ☐ by delivering a copy of the summons and complaint to the clerical employee designated by the U.S. Attorney authorized to accept service, pursuant to the procedures for the Office of the U.S. Attorney for acceptance of service, or by sending a copy of the summons and complaint by registered or certified mail addressed to the civil process clerk at the U.S. Attorneys Office.

   Name of person served:

   Title of person served:

   Date and time of service: (*date*): _____ at (*time*): _____.

   b. ☐ By sending a copy of the summons and complaint by registered or certified mail to the Attorney General of the United States at Washington, D.C. **(Attach signed return receipt or other evidence of actual receipt by the person served).**
   c. ☐ By sending a copy of the summons and complaint by registered or certified mail to the officer, agency or corporation **(Attach signed return receipt or other evidence of actual receipt by the person served).**

6. At the time of service I was at least 18 years of age and not a party to this action.

7. Person serving (name, address and telephone number):

   Bruce Morgan, Safari Express - Registration No. 724
   33471-C Winston Way
   Temecula, CA  92592
   951-303-1338

   a. ☑ Fee for service: $ 15.00
   b. ☐ Not a registered California process server
   c. ☐ Exempt from registration B&P 22350(b)
   d. ☑ Registered California process server

8. ☐ I am a California sheriff, marshal, or constable and I certify that the foregoing is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

04/01/10
Date

_Bruce Morgan_
Signature

CM/ECF - California Central District                                      Page 1 of 1

# Service/Waivers of Summons and Complaints :

2:10-cv-02200-DMG-RZ Michael Providente v. Ken Weldon et al
(RZx), DISCOVERY

## UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

**Notice of Electronic Filing**

The following transaction was entered by McGill, Michael on 4/23/2010 at 11:46 AM PDT and filed on
4/23/2010
**Case Name:**      Michael Providente v. Ken Weldon et al
**Case Number:**    2:10-cv-02200-DMG-RZ
**Filer:**          Michael Providente
**Document Number:** 7

**Docket Text:**
**PROOF OF SERVICE Executed by Plaintiff Michael Providente, upon Defendant Tom
Armstrong(in his capacity as the Assistant Chief of Police) served on 3/30/2010, answer
due 4/20/2010; Tom Armstrong(individually) served on 3/30/2010, answer due 4/20/2010.
Service of the Summons and Complaint were executed upon Leng Chan, Authorized to
Accept Service in compliance with Federal Rules of Civil Procedure by personal service.
Original Summons returned. (McGill, Michael)**

**2:10-cv-02200-DMG-RZ Notice has been electronically mailed to:**

Carolina Veronica Diaz    veronica@policeattorney.com, carolinaveronicadiaz@gmail.com

Dieter C Dammeier    dieter@policeattorney.com

Michael A McGill    mcgill@policeattorney.com

Rana M Kawar    rana@policeattorney.com

**2:10-cv-02200-DMG-RZ Notice has been delivered by First Class U. S. Mail or by fax to: :**

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**C:\fakepath\POS of Summons (Armstrong).PDF
**Electronic document Stamp:**
[STAMP cacdStamp_ID=1020290914 [Date=4/23/2010] [FileNumber=9584019-0]
[6f73731148be58e47cdeeaab04b3cd204b047b28e34c193904d55a5065295fce01eb
fc41248e483aa66464fd9cd53c1dca3fc3b7136117372d3827bc32498e4c]]

Name & Address:
Michael A. McGill, SBN 231613
LACKIE DAMMEIER & MCGILL
367 N Second Avenue
Upland, CA 91786
Phone: (909) 985-4003

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| Michael Providente, | CASE NUMBER |
|---|---|
| PLAINTIFF(S) | CV 10-02200 DMG (RZx) |
| v. | |
| Ken Weldon et al., | **PROOF OF SERVICE** |
| | **SUMMONS AND COMPLAINT** |
| | (Use separate proof of service for each person/party served) |
| DEFENDANT(S). | |

1. At the time of service I was at least 18 years of age and not a party to this action and **I served** copies of the (*specify documents*):

   ☑ summons          ☐ first amended complaint        ☐ third party complaint

   ☑ complaint         ☐ second amended complaint    ☐ counter claim

   ☐ alias summons      ☐ third amended complaint      ☐ cross claim

   ☑ other: (*specify*): Certificate of Interested Parties, Civil Cover Sheet, Notice of Assignment to US Magistrate, ADR Information

2. **Person served:**
   a. ☑ Defendant (*name*): Marty Penny
   b. ☑ Other (*specify name and title or relationship to the party/business named*):
      Leng Chan, Authorized to Accept Service
   c. ☑ Address where papers were served:
      City Clerks Office, 11333 Valley Blvd., El Monte, CA 91731

3. **Manner of Service** in compliance with (one box **must** be checked):
   a. ☑ Federal Rules of Civil Procedure
   b. ☐ California Code of Civil Procedure

4. **I served** the person named in Item 2:
   a. ☑ By **Personal service**. By personally delivering copies. If the person is a minor, by leaving copies with a parent, guardian, conservator or similar fiduciary and to the minor if at least twelve (12) years of age.
      1. ☑ **Papers were served on** (*date*): 03/30/10      at (*time*): 2:55 p.m.
   b. ☐ By **Substituted service**. By leaving copies:
      1. ☐ **(home)** at the dwelling house, usual place of abode, or usual place of business of the person served in the presence of a competent member of the household, at least 18 years of age, who was informed of the general nature of the papers.
      2. ☐ **(business)** or a person apparently in charge of the office of place of business, at least 18 years of age, who was informed of the general nature of the papers.
      3. ☐ **papers were served on** (*date*): _____ at (*time*): _____.
      4. ☐ **by mailing** (by first-class mail, postage prepaid) copies to the person served in Item 2(b) at the place where the copies were left in Item 2(c).
      5. ☐ **papers were mailed on** (*date*): _____.
      6. ☐ **due diligence**. I made at least three (3) attempts to personally serve the defendant. **(Attach separate declaration regarding due diligence).**
   c. ☐ **Mail and acknowledgment of service**. By mailing (by first-class mail or airmail, postage prepaid) copies to the person served, with two (2) copies of the form of Waiver of Service of Summons and Complaint and a return envelope, postage prepaid addressed to the sender. **(Attach completed Waiver of Service of Summons and Complaint).**

d.  ☐  **Service on domestic corporation, unincorporated association (including partnership), or public entity (F.R.Civ.P. 4(h)) (C.C.P. 416.10).** By delivering, during usual business hours, a copy of the summons and complaint to an officer, a managing or general agent, or to any other agent authorized by appointment or by law to receive service of process and, if the agent is one authorized by statute and the statute so requires, by also mailing, by first-class mail, postage prepaid, a copy to the defendant.

e.  ☐  **Substituted service on domestic corporation, unincorporated association (including partnership), or public entity (C.C.P. 415.20 only).** By leaving during usual office hours, a copy of the summons and complaint in the office of the person served with the person who apparently was in charge and thereafter by mailing (by first-class mail, postage prepaid) copies to the persons at the place where the copies were left in full compliance with C.C.P. 415.20. Substitute service upon the California Secretary of State requires a court order. **(Attach a copy of the order to this Proof of Service).**

f.  ☐  **Service on a foreign corporation.** In any manner prescribed for individuals by FRCP 4(f).

g.  ☐  **Certified or registered mail service.** By mailing to an address outside California (by first-class mail, postage prepaid, requiring a return receipt) copies to the person served. **(Attach signed return receipt or other evidence of actual receipt by the person served).**

h.  ☐  **Other** (specify code section and type of service):

5.  Service upon the **United States, and Its Agencies, Corporations or Officers.**

a.  ☐  by delivering a copy of the summons and complaint to the clerical employee designated by the U.S. Attorney authorized to accept service, pursuant to the procedures for the Office of the U.S. Attorney for acceptance of service, or by sending a copy of the summons and complaint by registered or certified mail addressed to the civil process clerk at the U.S. Attorneys Office.

Name of person served:

Title of person served:

Date and time of service: (*date*): _____ at (*time*): _____.

b.  ☐  By sending a copy of the summons and complaint by registered or certified mail to the Attorney General of the United States at Washington, D.C. **(Attach signed return receipt or other evidence of actual receipt by the person served).**

c.  ☐  By sending a copy of the summons and complaint by registered or certified mail to the officer, agency or corporation **(Attach signed return receipt or other evidence of actual receipt by the person served).**

6.  At the time of service I was at least 18 years of age and not a party to this action.

7.  Person serving (name, address and telephone number):

Bruce Morgan, Safari Express - Registration No. 724
33471-C Winston Way
Temecula, CA  92592
951-303-1338

a.  ☑ Fee for service: $ 15.00
b.  ☐ Not a registered California process server
c.  ☐ Exempt from registration B&P 22350(b)
d.  ☑ Registered California process server

8.  ☐  I am a California sheriff, marshal, or constable and I certify that the foregoing is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

04/01/10
_____
Date

_Bruce Morgan_
_____
Signature

CM/ECF - California Central District                                      Page 1 of 1

# Service/Waivers of Summons and Complaints :

2:10-cv-02200-DMG-RZ Michael Providente v. Ken Weldon et al
(RZx), DISCOVERY

## UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

**Notice of Electronic Filing**

The following transaction was entered by McGill, Michael on 4/23/2010 at 12:04 PM PDT and filed on 4/23/2010

**Case Name:**       Michael Providente v. Ken Weldon et al
**Case Number:**     2:10-cv-02200-DMG-RZ
**Filer:**           Michael Providente
**Document Number:** 10

**Docket Text:**
**PROOF OF SERVICE Executed by Plaintiff Michael Providente, upon Defendant Marty Penney(in his capacity as a Police Lieutenant) served on 3/30/2010, answer due 4/20/2010; Marty Penney(individually) served on 3/30/2010, answer due 4/20/2010. Service of the Summons and Complaint were executed upon Leng Chan, Authorized to Accept Service in compliance with Federal Rules of Civil Procedure by personal service. Original Summons returned. (McGill, Michael)**

**2:10-cv-02200-DMG-RZ Notice has been electronically mailed to:**

Carolina Veronica Diaz    veronica@policeattorney.com, carolinaveronicadiaz@gmail.com

Dieter C Dammeier    dieter@policeattorney.com

Michael A McGill    mcgill@policeattorney.com

Rana M Kawar    rana@policeattorney.com

**2:10-cv-02200-DMG-RZ Notice has been delivered by First Class U. S. Mail or by fax to: :**

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**C:\fakepath\POS of Summons (Penny).PDF
**Electronic document Stamp:**
[STAMP cacdStamp_ID=1020290914 [Date=4/23/2010] [FileNumber=9584190-0]
[a55ee3af1d3b55557fc5327279f61f8b74d4323ef9fe566b58a94aa9d2767f909d68
2a32756112c3db5b57c95c505c808fbcf57e74e676db07780c30de4b001b]]

Name & Address:
Michael A. McGill, SBN 231613
LACKIE DAMMEIER & MCGILL
367 N Second Avenue
Upland, CA 91786
Phone: (909) 985-4003

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Michael Providente, <br><br> PLAINTIFF(S) <br> v. | CASE NUMBER <br><br> CV 10-02200 DMG (RZx) |
| Ken Weldon et al., <br><br><br> DEFENDANT(S). | **PROOF OF SERVICE** <br> **SUMMONS AND COMPLAINT** <br> (Use separate proof of service for each person/party served) |

1. At the time of service I was at least 18 years of age and not a party to this action and **I served** copies of the (*specify documents*):

☑ summons      ☐ first amended complaint      ☐ third party complaint

☑ complaint      ☐ second amended complaint      ☐ counter claim

☐ alias summons      ☐ third amended complaint      ☐ cross claim

☑ other: (*specify*): Certificate of Interested Parties, Civil Cover Sheet, Notice of Assignment to US Magistrate, ADR Information

2. **Person served:**
   a. ☑ Defendant (*name*): Ken Weldon
   b. ☑ Other (*specify name and title or relationship to the party/business named*):
      Leng Chan, Authorized to Accept Service
   c. ☑ Address where papers were served:
      City Clerks Office, 11333 Valley Blvd., El Monte, CA 91731

3. **Manner of Service** in compliance with (one box **must** be checked):
   a. ☑ Federal Rules of Civil Procedure
   b. ☐ California Code of Civil Procedure

4. **I served** the person named in Item 2:
   a. ☑ By **Personal service.** By personally delivering copies. If the person is a minor, by leaving copies with a parent, guardian, conservator or similar fiduciary and to the minor if at least twelve (12) years of age.
      1. ☑ **Papers were served on** (*date*): 03/30/10    at (*time*): 2:55 p.m.
   b. ☐ By **Substituted service.** By leaving copies:
      1. ☐ **(home)** at the dwelling house, usual place of abode, or usual place of business of the person served in the presence of a competent member of the household, at least 18 years of age, who was informed of the general nature of the papers.
      2. ☐ **(business)** or a person apparently in charge of the office of place of business, at least 18 years of age, who was informed of the general nature of the papers.
      3. ☐ **papers were served on** (*date*): _____ at (*time*): _____.
      4. ☐ **by mailing** (by first-class mail, postage prepaid) copies to the person served in Item 2(b) at the place where the copies were left in Item 2(c).
      5. ☐ **papers were mailed on** (*date*): _____.
      6. ☐ **due diligence.** I made at least three (3) attempts to personally serve the defendant. **(Attach separate declaration regarding due diligence).**
   c. ☐ **Mail and acknowledgment of service.** By mailing (by first-class mail or airmail, postage prepaid) copies to the person served, with two (2) copies of the form of Waiver of Service of Summons and Complaint and a return envelope, postage prepaid addressed to the sender. **(Attach completed Waiver of Service of Summons and Complaint).**

d. ☐ **Service on domestic corporation, unincorporated association (including partnership), or public entity (F.R.Civ.P. 4(h)) (C.C.P. 416.10)**.  By delivering, during usual business hours, a copy of the summons and complaint to an officer, a managing or general agent, or to any other agent authorized by appointment or by law to receive service of process and, if the agent is one authorized by statute and the statute so requires, by also mailing, by first-class mail, postage prepaid, a copy to the defendant.

e. ☐ **Substituted service on domestic corporation, unincorporated association (including partnership), or public entity (C.C.P. 415.20 only)**.  By leaving during usual office hours, a copy of the summons and complaint in the office of the person served with the person who apparently was in charge and thereafter by mailing (by first-class mail, postage prepaid) copies to the persons at the place where the copies were left in full compliance with C.C.P. 415.20.  Substitute service upon the California Secretary of State requires a court order.  (**Attach a copy of the order to this Proof of Service**).

f. ☐ **Service on a foreign corporation**.  In any manner prescribed for individuals by FRCP 4(f).

g. ☐ **Certified or registered mail service**.  By mailing to an address outside California (by first-class mail, postage prepaid, requiring a return receipt) copies to the person served.  (**Attach signed return receipt or other evidence of actual receipt by the person served**).

h. ☐ **Other** (specify code section and type of service):

5. Service upon the **United States, and Its Agencies, Corporations or Officers**.
   a. ☐ by delivering a copy of the summons and complaint to the clerical employee designated by the U.S. Attorney authorized to accept service, pursuant to the procedures for the Office of the U.S. Attorney for acceptance of service, or by sending a copy of the summons and complaint by registered or certified mail addressed to the civil process clerk at the U.S. Attorneys Office.

   Name of person served:

   Title of person served:

   Date and time of service: (*date*): _____ at (*time*): _____.

   b. ☐ By sending a copy of the summons and complaint by registered or certified mail to the Attorney General of the United States at Washington, D.C. (**Attach signed return receipt or other evidence of actual receipt by the person served**).
   c. ☐ By sending a copy of the summons and complaint by registered or certified mail to the officer, agency or corporation (**Attach signed return receipt or other evidence of actual receipt by the person served**).

6. At the time of service I was at least 18 years of age and not a party to this action.

7. Person serving (name, address and telephone number):
   Bruce Morgan, Safari Express - Registration No. 724
   33471-C Winston Way
   Temecula, CA  92592
   951-303-1338

   a. ☑ Fee for service: $ 85.00
   b. ☐ Not a registered California process server
   c. ☐ Exempt from registration B&P 22350(b)
   d. ☑ Registered California process server

8. ☐ I am a California sheriff, marshal, or constable and I certify that the foregoing is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

04/01/10
_____
Date

_____
Signature

.    -

# Service/Waivers of Summons and Complaints :

<u>2:10-cv-02200-DMG-RZ Michael Providente v. Ken Weldon et al</u>
(RZx), DISCOVERY


## UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

### Notice of Electronic Filing

The following transaction was entered by McGill, Michael on 4/23/2010 at 11:44 AM PDT and filed on 4/23/2010

**Case Name:**    Michael Providente v. Ken Weldon et al
**Case Number:**  <u>2:10-cv-02200-DMG-RZ</u>
**Filer:**        Michael Providente
**Document Number:** <u>6</u>

**Docket Text:**
**PROOF OF SERVICE Executed by Plaintiff Michael Providente, upon Defendant Ken Weldon(individually) served on 3/30/2010, answer due 4/20/2010; Ken Weldon(in his capacity as Chief of Police) served on 3/30/2010, answer due 4/20/2010. Service of the Summons and Complaint were executed upon Leng Chan, Authorized to Accept Service in compliance with Federal Rules of Civil Procedure by personal service. Original Summons returned. (McGill, Michael)**


**2:10-cv-02200-DMG-RZ Notice has been electronically mailed to:**

Carolina Veronica Diaz    veronica@policeattorney.com, carolinaveronicadiaz@gmail.com

Dieter C Dammeier    dieter@policeattorney.com

Michael A McGill    mcgill@policeattorney.com

Rana M Kawar    rana@policeattorney.com

**2:10-cv-02200-DMG-RZ Notice has been delivered by First Class U. S. Mail or by fax to: :**

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**C:\fakepath\POS of Summons (Weldon).PDF
**Electronic document Stamp:**
[STAMP cacdStamp_ID=1020290914 [Date=4/23/2010] [FileNumber=9583979-0]
[1061bf26a04dcd0771c9177ed18bf91f24021a59a5151ffe4fbb6405ff649c295a0d
f32dbcdd6a1239ec0b505ca14128b36211c136b90dcebb8292340f681fdd]]

Name & Address:
Michael A. McGill, SBN 231613
LACKIE DAMMEIER & MCGILL
367 N Second Avenue
Upland, CA 91786
Phone: (909) 985-4003

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Michael Providente,<br><br>PLAINTIFF(S)<br>v.<br><br>Ken Weldon et al.,<br><br>DEFENDANT(S). | **CASE NUMBER**<br><br>CV 10-02200 DMG (RZx)<br><br>**PROOF OF SERVICE**<br>**SUMMONS AND COMPLAINT**<br>(Use separate proof of service for each person/party served) |

1.  At the time of service I was at least 18 years of age and not a party to this action and **I served** copies of the (*specify documents*):

    ☑ summons                  ☐ first amended complaint       ☐ third party complaint
    ☑ complaint                ☐ second amended complaint      ☐ counter claim
    ☐ alias summons            ☐ third amended complaint       ☐ cross claim

    ☑ other: (*specify*): Certificate of Interested Parties, Civil Cover Sheet, Notice of Assignment to US Magistrate, ADR Information

2.  **Person served**:
    a.  ☑ Defendant (*name*):  Craig Sperry
    b.  ☑ Other (*specify name and title or relationship to the party/business named*):
        Leng Chan, Authorized to Accept Service
    c.  ☑ Address where papers were served:
        City Clerks Office, 11333 Valley Blvd., El Monte, CA 91731

3.  **Manner of Service** in compliance with (one box **must** be checked):
    a.  ☑ Federal Rules of Civil Procedure
    b.  ☐ California Code of Civil Procedure

4.  **I served** the person named in Item 2:
    a.  ☑ By **Personal service**. By personally delivering copies. If the person is a minor, by leaving copies with a parent,
        guardian, conservator or similar fiduciary and to the minor if at least twelve (12) years of age.
        1.  ☑ **Papers were served on** (*date*): 03/30/10 _____ at (*time*): 2:55 p.m. _____.
    b.  ☐ By **Substituted service**. By leaving copies:
        1.  ☐ **(home)** at the dwelling house, usual place of abode, or usual place of business of the person served in the presence
            of a competent member of the household, at least 18 years of age, who was informed of the general nature of the
            papers.
        2.  ☐ **(business)** or a person apparently in charge of the office of place of business, at least 18 years of age, who was
            informed of the general nature of the papers.
        3.  ☐ **papers were served on** (*date*): _____ at (*time*): _____.
        4.  ☐ **by mailing** (by first-class mail, postage prepaid) copies to the person served in Item 2(b) at the place where the
            copies were left in Item 2(c).
        5.  ☐ **papers were mailed on** (*date*): _____.
        6.  ☐ **due diligence**. I made at least three (3) attempts to personally serve the defendant. (**Attach separate declaration
            regarding due diligence**).
    c.  ☐ **Mail and acknowledgment of service**. By mailing (by first-class mail or airmail, postage prepaid) copies to the person
        served, with two (2) copies of the form of Waiver of Service of Summons and Complaint and a return envelope, postage
        prepaid addressed to the sender. (**Attach completed Waiver of Service of Summons and Complaint**).

d. ☐ **Service on domestic corporation, unincorporated association (including partnership), or public entity (F.R.Civ.P. 4(h)) (C.C.P. 416.10).** By delivering, during usual business hours, a copy of the summons and complaint to an officer, a managing or general agent, or to any other agent authorized by appointment or by law to receive service of process and, if the agent is one authorized by statute and the statute so requires, by also mailing, by first-class mail, postage prepaid, a copy to the defendant.

e. ☐ **Substituted service on domestic corporation, unincorporated association (including partnership), or public entity (C.C.P. 415.20 only).** By leaving during usual office hours, a copy of the summons and complaint in the office of the person served with the person who apparently was in charge and thereafter by mailing (by first-class mail, postage prepaid) copies to the persons at the place where the copies were left in full compliance with C.C.P. 415.20. Substitute service upon the California Secretary of State requires a court order. **(Attach a copy of the order to this Proof of Service).**

f. ☐ **Service on a foreign corporation.** In any manner prescribed for individuals by FRCP 4(f).

g. ☐ **Certified or registered mail service.** By mailing to an address outside California (by first-class mail, postage prepaid, requiring a return receipt) copies to the person served. **(Attach signed return receipt or other evidence of actual receipt by the person served).**

h. ☐ **Other** (specify code section and type of service):

5. Service upon the **United States, and Its Agencies, Corporations or Officers**.
   a. ☐ by delivering a copy of the summons and complaint to the clerical employee designated by the U.S. Attorney authorized to accept service, pursuant to the procedures for the Office of the U.S. Attorney for acceptance of service, or by sending a copy of the summons and complaint by registered or certified mail addressed to the civil process clerk at the U.S. Attorneys Office.

   Name of person served:

   Title of person served:

   Date and time of service: (*date*): _____ at (*time*): _____.

   b. ☐ By sending a copy of the summons and complaint by registered or certified mail to the Attorney General of the United States at Washington, D.C. **(Attach signed return receipt or other evidence of actual receipt by the person served).**
   c. ☐ By sending a copy of the summons and complaint by registered or certified mail to the officer, agency or corporation **(Attach signed return receipt or other evidence of actual receipt by the person served).**

6. At the time of service I was at least 18 years of age and not a party to this action.

7. Person serving (name, address and telephone number):
   Bruce Morgan, Safari Express - Registration No. 724
   33471-C Winston Way
   Temecula, CA  92592
   951-303-1338

   a. ☑ Fee for service: $ 15.00
   b. ☐ Not a registered California process server
   c. ☐ Exempt from registration B&P 22350(b)
   d. ☑ Registered California process server

8. ☐ I am a California sheriff, marshal, or constable and I certify that the foregoing is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

04/01/10
Date

*Bruce Morgan*
Signature

**Veronica Diaz**

| | |
|---|---|
| From: | cacd_ecfmail@cacd.uscourts.gov |
| Sent: | Friday, April 23, 2010 11:57 AM |
| To: | ecfnef@cacd.uscourts.gov |
| Subject: | Activity in Case 2:10-cv-02200-DMG-RZ Michael Providente v. Ken Weldon et al Service of Summons and Complaint Returned Executed (21 days) |

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

### UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

**Notice of Electronic Filing**

The following transaction was entered by McGill, Michael on 4/23/2010 at 11:56 AM PDT and filed on 4/23/2010

| | |
|---|---|
| **Case Name:** | Michael Providente v. Ken Weldon et al |
| **Case Number:** | 2:10-cv-02200-DMG-RZ |
| **Filer:** | Michael Providente |
| **Document Number:** | 9 |

**Docket Text:**
**PROOF OF SERVICE Executed by Plaintiff Michael Providente, upon Defendant Craig Sperry(individually) served on 3/30/2010, answer due 4/20/2010; Craig Sperry(in his capacity as a Police Captain) served on 3/30/2010, answer due 4/20/2010. Service of the Summons and Complaint were executed upon Leng Chan, Authorized to Accept Service in compliance with Federal Rules of Civil Procedure by personal service. Original Summons returned. (McGill, Michael)**

**2:10-cv-02200-DMG-RZ Notice has been electronically mailed to:**

Carolina Veronica Diaz    veronica@policeattorney.com, carolinaveronicadiaz@gmail.com

Dieter C Dammeier    dieter@policeattorney.com

Michael A McGill    mcgill@policeattorney.com

Rana M Kawar    rana@policeattorney.com

**2:10-cv-02200-DMG-RZ Notice has been delivered by First Class U. S. Mail or by fax to: :**

The following document(s) are associated with this transaction:

1

Name & Address:
Michael A. McGill, SBN 231613
LACKIE DAMMEIER & MCGILL
367 N Second Avenue
Upland, CA 91786
Phone: (909) 985-4003

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Michael Providente,<br><br><div align="right">PLAINTIFF(S)</div><br>v.<br><br>Ken Weldon et al.,<br><br><div align="right">DEFENDANT(S).</div> | CASE NUMBER<br><br>CV 10-02200 DMG (RZx)<br><br>**PROOF OF SERVICE**<br>**SUMMONS AND COMPLAINT**<br>(Use separate proof of service for each person/party served) |

1.  At the time of service I was at least 18 years of age and not a party to this action and **I served** copies of the (*specify documents*):

    ☑ summons           ☐ first amended complaint         ☐ third party complaint
    ☑ complaint         ☐ second amended complaint    ☐ counter claim
    ☐ alias summons   ☐ third amended complaint      ☐ cross claim

    ☑ other: (*specify*): Certificate of Interested Parties, Civil Cover Sheet, Notice of Assignment to US Magistrate, ADR Information

2.  **Person served:**
    a.  ☑ Defendant (*name*): Steve Schuster
    b.  ☑ Other (*specify name and title or relationship to the party/business named*):
        Leng Chan, Authorized to Accept Service
    c.  ☑ Address where papers were served:
        City Clerks Office, 11333 Valley Blvd., El Monte, CA 91731

3.  **Manner of Service** in compliance with (one box **must** be checked):
    a.  ☑ Federal Rules of Civil Procedure
    b.  ☐ California Code of Civil Procedure

4.  **I served** the person named in Item 2:
    a.  ☑ By **Personal service.** By personally delivering copies. If the person is a minor, by leaving copies with a parent, guardian, conservator or similar fiduciary and to the minor if at least twelve (12) years of age.
        1.  ☑ **Papers were served on** (*date*): 03/30/10     at (*time*): 2:55 p.m.
    b.  ☐ By **Substituted service.** By leaving copies:
        1.  ☐ **(home)** at the dwelling house, usual place of abode, or usual place of business of the person served in the presence of a competent member of the household, at least 18 years of age, who was informed of the general nature of the papers.
        2.  ☐ **(business)** or a person apparently in charge of the office of place of business, at least 18 years of age, who was informed of the general nature of the papers.
        3.  ☐ **papers were served on** (*date*): _____ at (*time*): _____.
        4.  ☐ **by mailing** (by first-class mail, postage prepaid) copies to the person served in Item 2(b) at the place where the copies were left in Item 2(c).
        5.  ☐ **papers were mailed on** (*date*): _____.
        6.  ☐ **due diligence.** I made at least three (3) attempts to personally serve the defendant. (**Attach separate declaration regarding due diligence).**
    c.  ☐ **Mail and acknowledgment of service.** By mailing (by first-class mail or airmail, postage prepaid) copies to the person served, with two (2) copies of the form of Waiver of Service of Summons and Complaint and a return envelope, postage prepaid addressed to the sender. (**Attach completed Waiver of Service of Summons and Complaint).**

---

CV-01 (08/09)             **PROOF OF SERVICE - SUMMONS AND COMPLAINT**            Page 1 of 2

d. ☐ **Service on domestic corporation, unincorporated association (including partnership), or public entity (F.R.Civ.P. 4(h)) (C.C.P. 416.10).** By delivering, during usual business hours, a copy of the summons and complaint to an officer, a managing or general agent, or to any other agent authorized by appointment or by law to receive service of process and, if the agent is one authorized by statute and the statute so requires, by also mailing, by first-class mail, postage prepaid, a copy to the defendant.

e. ☐ **Substituted service on domestic corporation, unincorporated association (including partnership), or public entity (C.C.P. 415.20 only).** By leaving during usual office hours, a copy of the summons and complaint in the office of the person served with the person who apparently was in charge and thereafter by mailing (by first-class mail, postage prepaid) copies to the persons at the place where the copies were left in full compliance with C.C.P. 415.20. Substitute service upon the California Secretary of State requires a court order. **(Attach a copy of the order to this Proof of Service).**

f. ☐ **Service on a foreign corporation.** In any manner prescribed for individuals by FRCP 4(f).

g. ☐ **Certified or registered mail service.** By mailing to an address outside California (by first-class mail, postage prepaid, requiring a return receipt) copies to the person served. **(Attach signed return receipt or other evidence of actual receipt by the person served).**

h. ☐ **Other** (specify code section and type of service):

5. Service upon the **United States, and Its Agencies, Corporations or Officers**.

a. ☐ by delivering a copy of the summons and complaint to the clerical employee designated by the U.S. Attorney authorized to accept service, pursuant to the procedures for the Office of the U.S. Attorney for acceptance of service, or by sending a copy of the summons and complaint by registered or certified mail addressed to the civil process clerk at the U.S. Attorneys Office.

Name of person served:

Title of person served:

Date and time of service: (date): _____ at (time): _____.

b. ☐ By sending a copy of the summons and complaint by registered or certified mail to the Attorney General of the United States at Washington, D.C. **(Attach signed return receipt or other evidence of actual receipt by the person served).**

c. ☐ By sending a copy of the summons and complaint by registered or certified mail to the officer, agency or corporation **(Attach signed return receipt or other evidence of actual receipt by the person served).**

6. At the time of service I was at least 18 years of age and not a party to this action.

7. Person serving (name, address and telephone number):

Bruce Morgan, Safari Express - Registration No. 724
33471-C Winston Way
Temecula, CA  92592
951-303-1338

a. ☑ Fee for service: $ 15.00
b. ☐ Not a registered California process server
c. ☐ Exempt from registration B&P 22350(b)
d. ☑ Registered California process server

8. ☐ I am a California sheriff, marshal, or constable and I certify that the foregoing is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

04/01/10
Date

_Bruce Morgan_
Signature

CM/ECF - California Central District                                        Page 1 of 1

# Service/Waivers of Summons and Complaints :

2:10-cv-02200-DMG-RZ Michael Providente v. Ken Weldon et al
(RZx), DISCOVERY

## UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

### Notice of Electronic Filing

The following transaction was entered by McGill, Michael on 4/23/2010 at 11:53 AM PDT and filed on 4/23/2010

**Case Name:**        Michael Providente v. Ken Weldon et al
**Case Number:**      2:10-cv-02200-DMG-RZ
**Filer:**            Michael Providente
**Document Number:** 8

**Docket Text:**
**PROOF OF SERVICE Executed by Plaintiff Michael Providente, upon Defendant Steve Schuster(in his capacity as a Police Captain) served on 3/30/2010, answer due 4/20/2010; Steve Schuster(individually) served on 3/30/2010, answer due 4/20/2010. Service of the Summons and Complaint were executed upon Leng Chan, Authorized to Accept Service in compliance with Federal Rules of Civil Procedure by personal service. Original Summons returned. (McGill, Michael)**

**2:10-cv-02200-DMG-RZ Notice has been electronically mailed to:**

Carolina Veronica Diaz    veronica@policeattorney.com, carolinaveronicadiaz@gmail.com

Dieter C Dammeier    dieter@policeattorney.com

Michael A McGill    mcgill@policeattorney.com

Rana M Kawar    rana@policeattorney.com

**2:10-cv-02200-DMG-RZ Notice has been delivered by First Class U. S. Mail or by fax to: :**

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**C:\fakepath\POS of Summons (Schuster).PDF
**Electronic document Stamp:**
[STAMP cacdStamp_ID=1020290914 [Date=4/23/2010] [FileNumber=9584076-0]
[add9f7508f04853bc39045ac3304b2c33b6f428dead2d565f03410894d8c08d39d9f
c25b013936ce1f55743753258ef9322b0205cbb8e93ced31d84a33020630]]

Name & Address:
Michael A. McGill, SBN 231613
LACKIE DAMMEIER & MCGILL
367 N Second Avenue
Upland, CA 91786
Phone: (909) 985-4003

## UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF CALIFORNIA

| Michael Providente, | CASE NUMBER |
|---|---|
| PLAINTIFF(S)<br>v. | CV 10-02200 DMG (RZx) |
| Ken Weldon et al., | **PROOF OF SERVICE<br>SUMMONS AND COMPLAINT**<br>(Use separate proof of service for each person/party served) |
| DEFENDANT(S). | |

1. At the time of service I was at least 18 years of age and not a party to this action and **I served** copies of the (*specify documents*):

   ☑ summons     ☐ first amended complaint    ☐ third party complaint
   ☑ complaint    ☐ second amended complaint    ☐ counter claim
   ☐ alias summons    ☐ third amended complaint    ☐ cross claim

   ☑ other: (*specify*): Certificate of Interested Parties, Civil Cover Sheet, Notice of Assignment to US Magistrate, ADR Information

2. **Person served:**
   a. ☑ Defendant (*name*): Robert Roach
   b. ☑ Other (*specify name and title or relationship to the party/business named*):
      Leng Chan, Authorized to Accept Service
   c. ☑ Address where papers were served:
      City Clerks Office, 11333 Valley Blvd., El Monte, CA 91731

3. **Manner of Service** in compliance with (one box **must** be checked):
   a. ☑ Federal Rules of Civil Procedure
   b. ☐ California Code of Civil Procedure

4. I served the person named in Item 2:
   a. ☑ By **Personal service.** By personally delivering copies. If the person is a minor, by leaving copies with a parent, guardian, conservator or similar fiduciary and to the minor if at least twelve (12) years of age.
      1. ☐ **Papers were served on** (*date*): 03/30/10    at (*time*): 2:55 p.m.
   b. ☐ By **Substituted service.** By leaving copies:
      1. ☐ **(home)** at the dwelling house, usual place of abode, or usual place of business of the person served in the presence of a competent member of the household, at least 18 years of age, who was informed of the general nature of the papers.
      2. ☐ **(business)** or a person apparently in charge of the office of place of business, at least 18 years of age, who was informed of the general nature of the papers.
      3. ☐ **papers were served on** (*date*): _____ at (*time*): _____.
      4. ☐ **by mailing** (by first-class mail, postage prepaid) copies to the person served in Item 2(b) at the place where the copies were left in Item 2(c).
      5. ☐ **papers were mailed on** (*date*): _____.
      6. ☐ **due diligence.** I made at least three (3) attempts to personally serve the defendant. **(Attach separate declaration regarding due diligence).**
   c. ☐ **Mail and acknowledgment of service.** By mailing (by first-class mail or airmail, postage prepaid) copies to the person served, with two (2) copies of the form of Waiver of Service of Summons and Complaint and a return envelope, postage prepaid addressed to the sender. **(Attach completed Waiver of Service of Summons and Complaint).**

d. ☐ **Service on domestic corporation, unincorporated association (including partnership), or public entity (F.R.Civ.P. 4(h)) (C.C.P. 416.10).** By delivering, during usual business hours, a copy of the summons and complaint to an officer, a managing or general agent, or to any other agent authorized by appointment or by law to receive service of process and, if the agent is one authorized by statute and the statute so requires, by also mailing, by first-class mail, postage prepaid, a copy to the defendant.

e. ☐ **Substituted service on domestic corporation, unincorporated association (including partnership), or public entity (C.C.P. 415.20 only).** By leaving during usual office hours, a copy of the summons and complaint in the office of the person served with the person who apparently was in charge and thereafter by mailing (by first-class mail, postage prepaid) copies to the persons at the place where the copies were left in full compliance with C.C.P. 415.20. Substitute service upon the California Secretary of State requires a court order. **(Attach a copy of the order to this Proof of Service)**.

f. ☐ **Service on a foreign corporation.** In any manner prescribed for individuals by FRCP 4(f).

g. ☐ **Certified or registered mail service.** By mailing to an address outside California (by first-class mail, postage prepaid, requiring a return receipt) copies to the person served. **(Attach signed return receipt or other evidence of actual receipt by the person served)**.

h. ☐ **Other** (specify code section and type of service):

5. Service upon the **United States, and Its Agencies, Corporations or Officers**.

    a. ☐ by delivering a copy of the summons and complaint to the clerical employee designated by the U.S. Attorney authorized to accept service, pursuant to the procedures for the Office of the U.S. Attorney for acceptance of service, or by sending a copy of the summons and complaint by registered or certified mail addressed to the civil process clerk at the U.S. Attorneys Office.

    Name of person served:

    Title of person served:

    Date and time of service: (*date*): _____ at (*time*): _____.

    b. ☐ By sending a copy of the summons and complaint by registered or certified mail to the Attorney General of the United States at Washington, D.C. **(Attach signed return receipt or other evidence of actual receipt by the person served)**.

    c. ☐ By sending a copy of the summons and complaint by registered or certified mail to the officer, agency or corporation **(Attach signed return receipt or other evidence of actual receipt by the person served)**.

6. At the time of service I was at least 18 years of age and not a party to this action.

7. Person serving (name, address and telephone number):

    Bruce Morgan, Safari Express - Registration No. 724
    33471-C Winston Way
    Temecula, CA  92592
    951-303-1338

    a. ☑ Fee for service: $ 15.00
    b. ☐ Not a registered California process server
    c. ☐ Exempt from registration B&P 22350(b)
    d. ☑ Registered California process server

8. ☐ I am a California sheriff, marshal, or constable and I certify that the foregoing is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

04/01/10
Date

*Bruce Morgan*
Signature

CM/ECF - California Central District                                      Page 1 of 1

# Service/Waivers of Summons and Complaints :

2:10-cv-02200-DMG-RZ Michael Providente v. Ken Weldon et al
(RZx), DISCOVERY

## UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

**Notice of Electronic Filing**

The following transaction was entered by McGill, Michael on 4/23/2010 at 12:07 PM PDT and filed on
4/23/2010

| | |
|---|---|
| **Case Name:** | Michael Providente v. Ken Weldon et al |
| **Case Number:** | 2:10-cv-02200-DMG-RZ |
| **Filer:** | Michael Providente |
| **Document Number:** | 11 |

**Docket Text:**
PROOF OF SERVICE Executed by Plaintiff Michael Providente, upon Defendant Robert
Roach(individually) served on 3/30/2010, answer due 4/20/2010; Robert Roach(in his
capacity as a Police Lieutenant) served on 3/30/2010, answer due 4/20/2010. Service of
the Summons and Complaint were executed upon Leng Chan, Authorized to Accept
Service in compliance with Federal Rules of Civil Procedure by personal service.
Original Summons returned. (McGill, Michael)

**2:10-cv-02200-DMG-RZ Notice has been electronically mailed to:**

Carolina Veronica Diaz    veronica@policeattorney.com, carolinaveronicadiaz@gmail.com

Dieter C Dammeier    dieter@policeattorney.com

Michael A McGill    mcgill@policeattorney.com

Rana M Kawar    rana@policeattorney.com

**2:10-cv-02200-DMG-RZ Notice has been delivered by First Class U. S. Mail or by fax to: :**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** C:\fakepath\POS of Summons (Roach).PDF
**Electronic document Stamp:**
[STAMP cacdStamp_ID=1020290914 [Date=4/23/2010] [FileNumber=9584221-0]
[7d849b9a8924e85fc36aedcc8083dfac824e0dd09b21025ecdf5ae32cb13a02f6634
9184f1d4f3c744480405425a6222908917bf0d2b638c0a3a52e8260e48a8]]