1  Jon F. Hamilton, SBN 232559
   FERGUSON, PRAET & SHERMAN
2  A Professional Corporation
   1631 East 18th Street
3  Santa Ana, California 92705
   (714) 953-5300 telephone
4  (714) 953-1143 facsimile
   jhamilton@law4cops.com
5
   Attorneys for Defendant, City of El Monte
6

7

8                  UNITED STATES DISTRICT COURT

9                 CENTRAL DISTRICT OF CALIFORNIA

10  MICHAEL PROVIDENTE,                    )  NO. CV09-3327 DMG (JCx)
                                           )
11          Plaintiff,                     )
                                           )
12      vs.                                )  **ORDER RE: CONTINUING THE**
                                           )  **DEFENDANT, CITY OF EL**
13  CITY OF EL MONTE, A Public Entity;     )  **MONTE'S NOTICE OF**
    KEN WELDON, individually and in his    )  **MOTION AND MOTION TO**
14  capacity as Chief of Police; TOM       )  **DISMISS UNSERVED**
    ARMSTRONG, individually and in his     )  **DEFENDANTS PURSUANT TO**
15  capacity as the Assistant Chief of Police; )  **F.R.C.P. 4(m) & 12(b)(5) FROM**
    STEVE SCHUSTER, individually and in    )  **JUNE 28, 2010 AT 9:30 A.M. TO**
16  his capacity as a Police Captain; CRAIG )  **JULY 12, 2010 AT 9:30 A.M.** [33]
    SPERRY, individually and in his capacity )
17  as a Police Captain; SANTOS            )
    HERNANDEZ, individually and in his     )
18  capacity as a Police Lieutenant;       )
    Lieutenant ROBERT ROACH,               )
19  individually and in his capacity as a  )
    Police Lieutenant and DOES 1           )
20  THROUGH 10, INCLUSIVE,                 )
                                           )
21          Defendants.                    )
                                           )
   _____    )
22

23

24

25

26

27

28

───────────────────────────────────────────────────────────────
[Proposed] Order                              No. CV 09-3327 DMG (JCx)

1

## <u>ORDER</u>

2      The hearing on Defendant, City of El Monte's Notice of Motion and Motion to

3   Dismiss Unserved Defendants Pursuant to F.R.C.P. 4(m) & 12(b)(5) is hereby ordered

4   continued from June 28, 2010 at 9:30 a.m. to July 12, 2010 at 9:30 a.m.

5

6   Dated:  June 21, 2010

                                        Honorable Dolly M. Gee
7                                        United States District Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28