1    Jon F. Hamilton, SBN 232559
     FERGUSON, PRAET & SHERMAN
2    A Professional Corporation
     1631 East 18th Street
3    Santa Ana, California  92705
     (714) 953-5300 telephone
4    (714) 953-1143 facsimile
     jhamilton@law4cops.com
5
     Attorneys for Defendant, City of El Monte
6

7

8                        UNITED STATES DISTRICT COURT

9                       CENTRAL DISTRICT OF CALIFORNIA

10   MICHAEL PROVIDENTE,                  )   NO. CV09-3327 DMG (JCx))
                                          )
11          Plaintiff,                    )        **E-FILING**
                                          )
12      vs.                               )   **STIPULATION FOR SECOND**
                                          )   **ORDER CONTINUING THE**
13   CITY OF EL MONTE, A Public Entity;   )   **DEFENDANT, CITY OF EL**
     KEN WELDON, individually and in his  )   **MONTE'S MOTION TO**
14   capacity as Chief of Police; TOM     )   **DISMISS UNSERVED**
     ARMSTRONG, individually and in his   )   **DEFENDANTS PURSUANT TO**
15   capacity as the Assistant Chief of Police; )  **F.R.C.P. 4(m) & 12(b)(5) FROM**
     STEVE SCHUSTER, individually and in  )   **JULY 12, 2010 AT 9:30 A.M. TO**
16   his capacity as a Police Captain; CRAIG )  **JULY 26, 2010 AT 9:30 A.M.**
     SPERRY, individually and in his capacity )
17   as a Police Captain; SANTOS          )
     HERNANDEZ, individually and in his   )
18   capacity as a Police Lieutenant;     )
     Lieutenant ROBERT ROACH,             )
19   individually and in his capacity as a )
     Police Lieutenant and DOES 1         )
20   THROUGH 10, INCLUSIVE,               )
                                          )
21          Defendants.                   )
                                          )
22   _____ )

23

24          1.      Plaintiff Michael Providente (hereinafter "Plaintiff") and Defendant, City

25   of El Monte (hereinafter "Defendant"), hereby jointly request and stipulate to continue

26   the hearing on Defendant, City of El Monte's Motion to Dismiss Unserved Defendants

27   Pursuant to F.R.C.P. 4(m) & 12(b)(5) from July 12, 2010 at 9:30 a.m.  to July 26,

28   2010 at 9:30 a.m.

_____
Stipulation for Continuance                          No.  CV 09-3327 DMG (JCx)

1    2.    The parties have reached a settlement agreement in this matter and are

2    finalizing the language of the settlement agreement, which is anticipated will be fully

3    next week. Therefore, it is requested that the currently scheduled hearing date on the

4    Defendant's pending motion to dismiss be continued for two weeks to permit the

5    parties ample time to finalize the settlement agreement. It is anticipated that the

6    parties will file a Stipulation for Dismissal before that hearing date.

7    3.    Good cause exists for the continuance to permit the parties to finalize

8    the settlement agreement tentatively reached. Both parties agree that the additional

9    time needed will result in the ultimate settlement of the case.

10    4.    One other continuance has been requested.

11

12   Dated: July 8, 2010                    LACKIE, DAMMEIER & McGILL

13                               By:

14                                    Michael McGill
                                     Carolina V. Diaz
15                                   Attorneys for Plaintiff, Michael Providente

16

17   Dated: July 8, 2010                    FERGUSON, PRAET & SHERMAN

18                               By:

19                                    Jon F. Hamilton,
                                     Attorneys for Defendant, City of El Monte

20

21

22

23

24

25

26

27

28

---

Stipulation for Continuance              -2-              No. CV 09-3327 DMG (JCx)

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF ORANGE

I, Michele Koller, am employed in the aforesaid County, State of California; I am over the age of 18 years and not a party to the within action. My business address is 1631 East 18th Street, Santa Ana, California 92705

On July 8, 2010, I served the foregoing **STIPULATION FOR SECOND ORDER CONTINUING THE DEFENDANT, CITY OF EL MONTE'S MOTION TO DISMISS UNSERVED DEFENDANTS PURSUANT TO F.R.C.P. 4(m) & 12(b)(5) FROM JULY 12, 2010 AT 9:30 A.M. TO JULY 26, 2010 AT 9:30 A.M.** on the interested parties in this action by providing a true copy thereof as follows:

**Michael McGill**
**LACKIE, DAMMEIER & McGILL, APC**
**367 North Second Avenue**
**Upland, California 91786**
**Telephone: (909) 985-4003**
**Facsimile: (909) 985-3299**
**Email mcgill@policeattorney.com**

_____ (By Mail)  I placed such envelope for deposit in accordance with office practice, sealed, with postage thereon fully paid and the correspondence to be deposited in the United States mail at Santa Ana, California on the same day.

XXX  (By e-filing) I filed the document with the U.S. District Court via the CM/ECF system.  Per ECF rules all individuals registered with the Court to receive notice of electronically filed documents will be served via electronic mail to the e-mail address they have on file with the Court.  Any individual who has not consented to electronic service will be provided copies via U.S. Mail to the address specified by the Court in the Notice of Electronic Filing generated upon completion of the document filing.

XXX  (Federal)  I declare under penalty of perjury that the foregoing is true and correct, and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on July 8, 2010, at Santa Ana, California.

/s/ Michele Koller
Michele Koller