Dieter C. Dammeier        SBN 188759
Michael A. McGill, Esq.   SBN 231613
Carolina Veronica Diaz    SBN 263301
LACKIE, DAMMEIER & MCGILL APC
367 North Second Avenue
Upland, California 91786
Telephone:  (909) 985-4003
Facsimile:  (909) 985-3299

Attorneys for Plaintiff
MICHAEL PROVIDENTE

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL PROVIDENTE,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF EL MONTE, A Public Entity; KEN WELDON, individually and in his capacity as Chief of Police; TOM ARMSTRONG, individually and in his capacity as the Assistant Chief of Police; STEVE SCHUSTER, individually and in his capacity as a Police Captain; CRAIG SPERRY, individually and in his capacity as a Police Captain; SANTOS HERNANDEZ, individually and in his capacity as a Police Lieutenant; MARTY PENNEY, individually and in his capacity as a Police Lieutenant; Lieutenant ROBERT ROACH, , individually and in his capacity as a Police Lieutenant and DOES 1 THROUGH 10 INCLUSIVE;<br><br>Defendants | CASE NO.: CV09-3327 DMG (JCx)<br><br>**NOTICE OF SETTLEMENT** |

//
//

1

TO THE COURT:

NOTICE IS HEREBY GIVEN that a settlement has been reached between the parties that would resolve all issues in this matter. The settlement paperwork is in the process of being drafted and circulated, and upon completion, the parties will submit a stipulation for dismissal. It is expected that it will take approximately 25 days to receive necessary documents and submit to the Court the stipulation for dismissal. Accordingly, it is requested that the Court remove this case from its active case list and vacate all scheduled dates.

Dated: July 8, 2010

Respectfully Submitted,

LACKIE, DAMMEIER & MCGILL APC

By: _____
Michael A. McGill, Esq.
Carolina Veronica Diaz, Esq.
*Attorneys For Plaintiff, Michael Providente*